**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **ANGEL NIEVES,** )<br>)<br>**Plaintiff,** )<br>)<br> )<br>**v.** )<br> )<br>**EXPERIAN INFORMATION** )<br>**SOLUTIONS, INC.,** )<br> )<br>**Defendant.** ) | **CIVIL ACTION NO. 1:25-cv-02965-SCJ-RGV** |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Angel Nieves and Defendant Experian Information Solutions, Inc., acting through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff's claims against Experian Information Solutions, Inc. are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By:   /s/ Jeffrey B. Sand
      Jeffrey B. Sand
      GA Bar No. 181568
      6065 Roswell Road, Suite 700-121
      Sandy Springs, GA 30328
      T: 404.205.5029
      F: 866.800.1482
      E: js@wsjustice.com

      *Attorneys for Plaintiff*


By:   /s/ Rebecca M. Nocharli
      Rebecca M. Nocharli
      PARKER, HUDSON, RAINER &
      DOBBS, LLP
      303 Peachtree St. NE, Suite 3600
      Atlanta, Georgia 30308
      Telephone: (404) 523–5300
      Facsimile: (404) 522-8409
      Email: rnocharli@phrd.com


      *Attorneys for Experian Information Solutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, the foregoing document is being served this day on all counsel of record via the CM/ECF system, which will send notification of such filing via electronic mail.

/s/ Jeffrey Sand
Counsel for Plaintiff

\